# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOR: 4/8/10

| | |
|---|---|
| United States of America<br>v.<br>Jose Trinidad Marquez<br>aka: Jose T. Marquez<br>{A 99 935 204}<br>*Defendant* | Case No. 10-165M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date of March 12, 2010 in the County of Maricopa in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Trinidad Marquez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about March 6, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer with the U.S. Immigration and Customs Enforcement.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY: Elaine Whiffen, P.S. for AUSA Marnie Hodahkwen

☒ Continued on the attached sheet.

*Complainant's signature*

Luis Armendariz, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 9, 2010

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns, United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis Armendariz, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with the United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. Jose Trinidad Marquez was found on March 12, 2010, by the Maricopa County Sheriff's Department (MCSO) pursuant to an anonymous report about possible undocumented immigrants being held against their will at a residence in Phoenix, Arizona. Upon arriving at the residence, MCSO Officers with 287g authority, found a total of thirty-four people who they determined to be undocumented immigrants illegally in the United States. The undocumented immigrants were transported to the Phoenix, Arizona, Immigration and Customs Enforcement Office for processing. During processing, it was discovered that Marquez had been previously removed to Mexico through Eagle Pass, Texas, on March 6, 2010. Marquez was eventually transported to the Eloy, Arizona, Detention Center on March 17, 2010. Marquez was held at the detention facility until such time that the proper records checks could be run and his status in this country and his criminal history could be determined with complete accuracy.

3. Marquez was advised of his Miranda Rights at the Eloy Detention Center by this affiant on April 8, 2010. Marquez invoked his rights and refused to answer any questions.

4. Immigration history checks revealed that Jose Trinidad Marquez was ordered to be removed to Mexico by an Immigration Judge in El Paso, Texas, on March 4, 2010. Marquez was removed to Mexico pursuant to that removal order through Eagle Pass, Texas, on March 6, 2010. Marquez's Immigration history was matched to him through electronic fingerprint comparison.

5. Criminal history checks revealed that Jose Trinidad Marquez was convicted on October 28, 2008, in the Superior Court of California, County of Los Angeles, of Carrying a Loaded Firearm, not Registered, and was sentenced to one year and four months incarceration. Marquez's criminal history was matched to him through electronic fingerprint comparison.

6. For these reasons, the affiant submits that there is probable cause to believe that on or about March 12, 2010, Jose Trinidad Marquez, an alien, entered, and was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported and removed from the United States at or near Eagle Pass, Texas, on or about March 6, 2010, and not having

obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a) and enhanced by 1326(b)(1).

_____
Luis Armendariz, Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 9th day of April, 2010.

_____
Michelle H. Burns
United States Magistrate Judge